IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ROBERT HAMILTON,<br><br>Defendant. | CR 18-18-BLG-SPW-2<br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for Thursday, July 11, 2019 at 10:30 a.m., is **VACATED** and reset to commence on **Friday, July 19, 2019 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 3rd day of June, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1